1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT

9
### EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| CODY LEVI BAILEY, | Case No.  1:25-cv-00794-BAM (PC) |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| GILMETTE, *et al.*, | |
| Defendants. | |

17    Plaintiff Cody Levi Bailey ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil

18  rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis*

19  pursuant to 28 U.S.C. § 1915, in the Fresno Division of the United States District Court for the

20  Eastern District of California on July 2, 2025.  (ECF Nos. 1, 2.)

21    In his complaint, Plaintiff alleges violations of his civil rights that took place in Shasta

22  County, which is part of the Sacramento Division of the United States District Court for the

23  Eastern District of California.  Therefore, the complaint should have been filed in the Sacramento

24  Division.

25    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26  court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

27  will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to

28  proceed *in forma pauperis*.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.  (ECF No. 2.)

IT IS SO ORDERED.

Dated:   **July 2, 2025**                    ___/s/ *Barbara A. McAuliffe*___
                                          UNITED STATES MAGISTRATE JUDGE